IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL PALMER,

    Plaintiff,

v.

RICHARD ROBBINS, JAMES WINSTON,
and Officer CHRISTOPHER MCBRIDE,

    Defendants.

Civil Action No.
4:19-cv-00167

**ORDER**

On July 18, 2019, Defendants filed a Consent Motion to Stay Discovery. (Doc. 5). Defendants seek to stay discovery, including the initial conference and reporting obligations under Local Rule 26, pending final resolution of their Motion for Judgment on the Pleadings. *Id.* Defendants' Consent Motion to Stay Discovery (Doc. 5) is hereby **GRANTED**. The parties shall not seek discovery until a final ruling has been issued on Defendants' pending Motion for Judgment on the Pleadings.

In the event that any of Plaintiff's claims are allowed to proceed for further factual development, the parties shall meet and confer within twenty-one days of the Court's Order on Defendants' pending motion for judgment on the pleadings. (*See* L.R. 26.1(e)). A proposed discovery plan must then be submitted to the Court within fourteen days of the parties' Rule 26(f) conference. (*See* L.R. 26.1(b)).

**SO ORDERED** this 29th of July, 2019.

                                                                                              CHRISTOPHER L. RAY
                                                                                              UNITED STATES MAGISTRATE JUDGE