# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL PALMER,

    Plaintiff,

v.

RICHARD ROBBINS, JAMES WINSTON, and Officer CHRISTOPHER MCBRIDE,

    Defendants.

Civil Action No.
4:19-cv-00167-RSB-CLR

## ORDER

On August 15, 2019, Defendants filed a Renewed Motion to Stay Discovery. (Doc. 11). Defendants seek to stay discovery, including the initial conference and reporting obligations under Local Rule 26, pending final resolution of their Motion to Dismiss. *Id.* Defendants' Renewed Motion to Stay Discovery (Doc. 11) is hereby **GRANTED**. The parties shall not seek discovery until a final ruling has been issued on Defendants' pending motion to dismiss.

In the event that any of Plaintiff's claims are allowed to proceed for further factual development, the parties shall meet and confer within twenty-one days of the Court's Order on Defendants' pending motion to dismiss. (*See* L.R. 26.1(e)). A proposed discovery plan must then be submitted to the Court within fourteen days of the parties' Rule 26(f) conference. (*See* L.R. 26.1(b)).

**SO ORDERED** this 17th of September, 2019.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE

TEXT OF PROPOSED
ORDER PREPARED BY:
Robert B. Shapiro
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: rshapiro@law.ga.gov