IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL PALMER, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Civil Action No. |
| v. | : | 4:19-cv-00167-RSB-CLR |
| | : | |
| RICHARD ROBBINS, | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT'S MOTION *IN LIMINE***

Defendant Robbins, through counsel, respectfully submits this motion *in Limine* asking that the Court exclude from the evidence presented at trial, and to preclude all parties, counsel, and witnesses from testifying, suggesting, referencing, arguing, or commenting upon, the following: (1) evidence regarding other claims and other parties; (2) "other act" evidence; (3) evidence regarding alleged Georgia Board of Regents policy violations or bad acts by the State of Georgia or the Georgia Board of Regents; (4) hearsay statements including out of court statements of other current or former employees of Georgia Southern University if offered to prove the truth of the matters asserted; (5) any testimony by Plaintiff's father, wife, or daughter,; and (6) any evidence regarding insurance coverage, as set forth in the brief filed herewith.

WHEREFORE, Defendant Robbins requests that the Court grant his motion and exclude the listed categories of evidence, and preclude all parties, counsel, and witnesses from testifying, discussing or referencing them.

Respectfully submitted this 11 day of February, 2022

Christopher M. Carr 112505
Attorney General

Kathleen M. Pacious 558555
Deputy Attorney General

Roger A. Chalmers 118720
Senior Assistant Attorney General

*s/ Brian E. Goldberg*
Brian E. Goldberg 417635
Assistant Attorney General

*/s/ Wade W. Herring, III* 278313
WADE W. HERRING, III
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Brian E. Goldberg
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 458-3555
Fax: (404) 651-5304
Email: bgoldberg@law.ga.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Drago Cepar, Jr.
1900 The Exchange
Suite 490
Atlanta, GA 3039

/s/Brian E. Goldberg
BRIAN E. GOLDBERG 417635
Assistant Attorney General