IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL PALMER,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ROBBINS<br><br>Defendants. | Civil Action No.<br><br>4:19-cv-00167-RSB-CLR |

**PLAINTIFF'S MOTIONS IN LIMINE**

COMES NOW Michael Palmer, Plaintiff in the above styled action and hereby files the following Motions in Limine:

(1) Defendant Is Not Allowed to Call as an Expert Witness any Individual Who Has Not Been Designated as an Expert Witness Under Rule 26 of the Federal Rules of Civil Procedure; (2) Defendant May Not Present Argument or Testimony Concerning the Financial Condition of Defendant and His Ability to Pay a Judgment;

(3) Defendant Is Not Allowed to Argue That Plaintiff's Financial Condition Should Affect the Jury's Award of Damages; (4) No Reference to Statutory Attorneys' Fees; (5) No Reference to When and Why the Plaintiff Contacted, or Contracted With, His Attorney, or the Terms of Their Engagement; (6) No reference to Plaintiff's Prior Arrests; and (7) No reference that witness Theresa Raines is or was homeless.

Based on the reasons further elaborated upon in the accompanying brief in support Plaintiff respectfully requests that his Motions in limine be granted.

Respectfully submitted, this 11th day of February, 2022.

/s/Drago Cepar, Jr.
Drago Cepar, Jr.
Georgia Bar No. 142362

1900 The Exchange
Suite 490
Atlanta, Georgia 30339
Phone: 770-940-3233
Fax: 770-874-2987
dcepar@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing PLAINTIFF'S MOTIONS IN LIMINE with the Clerk of Court using the CM/ECF system which will cause service by electronic mail to all attorneys of record:

Brian E. Goldberg
Wade W. Herring, III
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
E-mail: bgoldberg@law.ga.gov

This 11th day of February, 2022.

/s/Drago Cepar, Jr.
Drago Cepar, Jr.
Georgia Bar No. 142362

1900 The Exchange
Suite 490
Atlanta, Georgia 30339
Phone: 770-940-3233
Fax: 770-874-2987
dcepar@gmail.com